UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

CASE NO.:

FREDRIK BRODEN,

        Plaintiff,

v.

STEELMASTER BUIDING, LLC,

        Defendant.

**COMPLAINT FOR COPYRIGHT INFRINGEMENT**

**(INJUNCTIVE RELIEF DEMANDED)**

Plaintiff FREDRIK BRODEN by and through his undersigned counsel, brings this Complaint against Defendant STEELMASTER BUIDING, LLC for damages and injunctive relief, and in support thereof states as follows:

**SUMMARY OF THE ACTION**

1. Plaintiff FREDRIK BRODEN ("Broden") brings this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. § 106, to copy and distribute Broden's original copyrighted Work of authorship.

2. Broden is a Swedish professional photographer who began his career in Stockholm at the renowned photography school Kulturama. With over 20 years of experience spanning lifestyle, fashion, portrait, conceptual, and commercial work, his minimalist artistic sensibility defines his style. Having worked in New York, Los Angeles, and Europe, Broden's clients include Adobe, Nike, Condé Nast, Wired, Rolling Stone, The New York Times, Bloomberg, Reebok, Virgin, Neiman Marcus, Pirelli, Esquire, GQ, and others. His work has

earned numerous honors, including recognition from Communication Arts, American Photography, the Lucie Awards, and the SPD Awards.

3.   Defendant STEELMASTER BUIDING, LLC ("SteelMaster") is a company that designs, manufactures, and distributes prefabricated arch steel structures – such as Quonset huts, workshops, aircraft hangars, and storage buildings – for residential, commercial, industrial, and government clients in numerous countries. At all times relevant herein, SteelMaster owned and operated the website located at the internet URL www.steelmasterusa.com (the "Website").

4.   Broden alleges that SteelMaster copied Broden's copyrighted Work from the internet in order to advertise, market and promote its business activities. SteelMaster committed the violations alleged in connection with Defendant's business for purposes of advertising and promoting sales to the public in the course and scope of the SteelMaster's business.

## JURISDICTION AND VENUE

5.   This is an action arising under the Copyright Act, 17 U.S.C. § 501.

6.   This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

7.   SteelMaster is subject to personal jurisdiction in Virginia.

8.   Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, SteelMaster engaged in infringement in this district, SteelMaster resides in this district, and SteelMaster is subject to personal jurisdiction in this district.

## DEFENDANT

9.   SteelMaster Buiding, LLC is a Virginia Limited Liability Company, with its principal place of business at 1023 Laskin Road, Suite 109, Virginia Beach, Virginia, 23451, and

can be served by serving its Registered Agent, Christine N. Piersall, 222 Central Park Ave Ste 1700, Virginia Beach, VA, 23462.

### THE COPYRIGHTED WORK AT ISSUE

10. In 2015, Broden created the photograph entitled "20150804," which is shown below and referred to herein as the "Work".



11. Broden registered the Work with the Register of Copyrights on August 19, 2022 as part of a group registration. The Group Registration was assigned registration number VA 2-317-575. A true and correct copy of the Certificate of Registration is attached hereto as **Exhibit 1**.

12. At all relevant times Broden was the owner of the copyrighted Work.

**INFRINGEMENT BY STEELMASTER**

13. SteelMaster has never been licensed to use the Work for any purpose.

14. On a date after the Work was created, but prior to the filing of this action, SteelMaster copied the Work.

15. On or about February 2, 2024, Broden discovered the unauthorized use of his Work on the Website showcasing a "Weight Room in Montgomery, Texas."

16. SteelMaster copied Broden's copyrighted Work without Broden's permission.

17. After SteelMaster copied the Work, it made further copies and distributed the Work on the internet to promote the sale of goods and services as part of its steel structure manufacturing business.

18. SteelMaster copied and distributed Broden's copyrighted Work in connection with Defendant's business for purposes of advertising and promoting Defendant's business, and in the course and scope of advertising and selling products and services.

19. SteelMaster committed copyright infringement of the Work as evidenced by the documents attached hereto as **Exhibit 2**.

20. Broden never gave SteelMaster permission or authority to copy, distribute or display the Work.

21. Broden notified SteelMaster of the allegations set forth herein on April 29, 2024 and May 17, 2024. To date, the parties have failed to resolve this matter.

COUNT I
**DIRECT COPYRIGHT INFRINGEMENT**

22. Broden incorporates the allegations of paragraphs 1 through 21 of this Complaint as if fully set forth herein.

23. Broden owns a valid copyright in the Work.

4

24. Broden registered the Work with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

25. SteelMaster copied, displayed, and distributed the Work and made derivatives of the Work without Broden's authorization in violation of 17 U.S.C. § 501.

26. SteelMaster performed the acts alleged in the course and scope of its business activities.

27. Defendant's acts were willful.

28. Broden has been damaged.

29. The harm caused to Broden has been irreparable.

WHEREFORE, Plaintiff FREDRIK BRODEN prays for judgment against the Defendant STEELMASTER BUIDING, LLC that:

    a.    SteelMaster and its officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. § 501;

    b.    SteelMaster be required to pay Broden his actual damages and Defendant's profits attributable to the infringement, or, at Broden's election, statutory damages, as provided in 17 U.S.C. § 504;

    c.    Broden be awarded his attorneys' fees and costs of suit under the applicable statutes sued upon;

    d.    Broden be awarded pre- and post-judgment interest; and

    e.    Broden be awarded such other and further relief as the Court deems just and proper.

## JURY DEMAND

Broden hereby demands a trial by jury of all issues so triable.

Dated: November 18, 2025                    Respectfully submitted,


                                            */s/*
                                            MATTHEW W. SMITH
                                            VSB No. 44558
                                            msmith@osqlaw.com

                                            **OTEY SMITH & QUARLES**
                                            485 McLaws Circle
                                            Williamsburg, VA 23185
                                            757.903.2665 - Telephone
                                            757.561.2378 – Facsimile

                                            *Counsel for Plaintiff Fredrik Broden*